AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**RAYMOND ORRAND, et al.,**

      **Plaintiffs,**

                **JUDGMENT IN A CIVIL CASE**

**v.**

**SCASSA ASPHALT, INC.,**         **CASE NO.   2:12-cv-1131**
                                                  **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**                   **MAGISTRATE JUDGE TERENCE P. KEMP**

____    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed August 29, 2014, JUDGMENT is hereby entered in favor of Plaintiffs and against Defendant.**

Date:    August 29, 2014                         JOHN P. HEHMAN, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy