UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAYMOND ORRAND, et. al.,

    Plaintiffs,

    v.

SCASSA ASPHALT, Inc.,

    Defendant.

Case No.: 2:12-cv-1131
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on Plaintiff the Ohio Operating Engineers Fringe Benefits Funds' Amended Supplemental Motion for Attorneys' Fees (the "Motion") (ECF No. 44). On November 23, 2015, the Court directed Defendant Scassa Asphalt, Inc. ("Scassa") to respond within seven days (7) showing good reason as to why the Motion should not be granted (ECF No. 46). Scassa has not filed a response. The Court, therefore, awards the Funds attorney fees in the amount of $20,788.25.

IT IS SO ORDERED.

\_\_12-4-2015_____
DATE                                                      EDMUND A. SARGUS, JR.
                                                        CHIEF UNITED STATES DISTRICT JUDGE